FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 13 2012

JAMES R. LARSEN
SPOKANE, WASHINGTON _____ DEPUTY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> vs. </br> JUAN ALVAREZ JACOBO, </br> Defendant. | 12-MJ-00292 </br></br> Order to Quash Arrest Warrant |

IT IS HEREBY ORDERED, based on the United States' Motion to Quash Arrest Warrant, the arrest warrant issued for JUAN ALVAREZ JACOBO is hereby quashed.

DATED this 13th day of August, 2012.

_____
CYNTHIA IMBROGNO
United States Magistrate Judge

Order to Seal Indictment
P20813LH.LHB.wpd